TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
JOHN D. COOKE, State Bar No. 233267 (jcooke@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100



Attorneys for Defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy, Francis P. Barton, Allen U. Lenzmeier and Nominal Defendant, UTStarcom, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively On Behalf of UTSTARCOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YING WU,<br>HONG LIANG LU,<br>FRANCIS P. BARTON,<br>WILLIAM HUANG,<br>RUSSELL BOLTWOOD,<br>THOMAS J. TOY,<br>LARRY D. HORNER,<br>JEFF CLARKE,<br>ALLEN U. LENZMEIER,<br>MICHAEL SOPHIE,<br>GERALD S. SOLOWAY,<br>SHAO NING J. CHOU,<br>DAVID A. ROBISON,<br>MASAYOSHI SON,<br>CHAUNCEY SHEY,<br>BETSY S. ATKINS,<br>and DOES 1-25, inclusive,<br><br>Defendants.<br><br>-and-<br><br>UTSTARCOM, INC., a Delaware corporation,<br><br>Nominal Defendant. | CASE NO.: 3-06-CV-07296 (JCS)<br><br>**NOTICE OF STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |



Dockets.Justia.com

Defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy, Francis P. Barton, Allen U. Lenzmeier and Nominal Defendant, UTStarcom, Inc., hereby give notice that the parties have stipulated to extend defendants' time to answer or otherwise respond to the complaint in the above-captioned matter until February 2, 2007, as set forth in Exhibit A to this Notice.



Respectfully submitted,

Dated: December 11, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050

By: /s/ Bahram Seyedin-Noor
Bahram Seyedin-Noor

Attorneys for Defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy, Francis P. Barton, Allen U. Lenzmeier and Nominal Defendant, UTStarcom, Inc.

Dated: December 12, 2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

# EXHIBIT A

# ROBBINS UMEDA & FINK, LLP

ATTORNEYS AT LAW


BRIAN J. ROBBINS*
MARC M. UMEDA
JEFFREY P. FINK
FELIPE J. ARROYO

OF COUNSEL
BENJAMIN ROZWOOD

610 WEST ASH STREET, SUITE 1800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 525-3990
FACSIMILE (619) 525-3991

STEVEN J. SIMERLEIN
KEVIN A. SEELY8
CAROLINE A. SCHNURER
KELLY M. MCINTYRE
CATHY K. KAZEMI[Δ]
LOUIS A. KERKHOFF
JAMES D. MCWILLIAMS[‡]
SHANE P. SANDERS
SHARLA N. HILBURN
REBECCA A. PETERSON
ASHLEY R. PALMER

*Admitted in CA & CT
8 Admitted in CA, CNMI & Guam
[Δ] Admitted in CA & MA
[‡]Admitted in TN only




December 11, 2006

**VIA ELECTRONIC MAIL**

Terry T. Johnson
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050

**Re:** ***Espinoza v. Ying Wu et al.*, Case No. 3-06-CV-07296 (JCS) (N.D. Cal.)**

Dear Terry:

Pursuant to our discussion earlier, Plaintiff and defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy, Francis P. Barton, Allen Lenzmeier and nominal defendant UtStarcom, Inc. agree that they shall respond to the complaint filed in state court on or before February 2, 2007. Plaintiff does not believe that defendant Wu's removal was proper and plaintiff intends to move to remand the case to state court if defendants will not so stipulate. Nothing in this agreement for an extension should be construed as waiving Plaintiff's right to object to jurisdiction in federal court and defendants explicitly agree that this agreement does not subject plaintiff to the jurisdiction of this Court.

Please contact me immediately if this does not comport with your understanding of our agreement.

Very truly yours,

MARC M. UMEDA

MMU/bg