1  TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
   BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
2  CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
   BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
3  JOHN D. COOKE, State Bar No. 233267 (jcooke@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile:  (650) 565-5100

7  Attorneys for Defendants Ying Wu,
   Gerald Soloway, Betsy S. Atkins, Shao Ning J.
8  Chou, Michael Sophie, William Huang, Russell
   Boltwood, Hong Liang Lu, Larry D. Horner,
9  Thomas J. Toy, Francis P. Barton, Allen U.
   Lenzmeier and Nominal Defendant, UTStarcom, Inc.
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  ERNESTO ESPINOZA, Derivatively On Behalf of UTSTARCOM, INC., | CASE NO.: 3-06-CV-07296 (JCS) |
| 14  Plaintiff, | **NOTICE OF STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 15  v. | |
| 16  YING WU, HONG LIANG LU, | |
| 17  FRANCIS P. BARTON, WILLIAM HUANG, | |
| 18  RUSSELL BOLTWOOD, THOMAS J. TOY, | |
| 19  LARRY D. HORNER, JEFF CLARKE, | |
| 20  ALLEN U. LENZMEIER, MICHAEL SOPHIE, | |
| 21  GERALD S. SOLOWAY, SHAO NING J. CHOU, | |
| 22  DAVID A. ROBISON, MASAYOSHI SON, | |
| 23  CHAUNCEY SHEY, BETSY S. ATKINS, | |
| 24  and DOES 1-25, inclusive, | |
| 25  Defendants. | |
| 26  -and- | |
| 27  UTSTARCOM, INC., a Delaware corporation, | |
| 28  Nominal Defendant. | |

1  Defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael
2  Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy,
3  Francis P. Barton, Allen U. Lenzmeier and Nominal Defendant, UTStarcom, Inc., hereby give
4  notice that the parties have stipulated to extend defendants' time to answer or otherwise respond
5  to the complaint in the above-captioned matter until February 2, 2007, as set forth in Exhibit A to
6  this Notice.

7

8                                                     Respectfully submitted,

9  Dated: December 11, 2006                           WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
10                                                    650 Page Mill Road
                                                      Palo Alto, CA  94304-1050
11

12                                                    By:    /s/  Bahram Seyedin-Noor
                                                             Bahram Seyedin-Noor
13

14                                                    Attorneys for Defendants Ying Wu,
                                                      Gerald Soloway, Betsy S. Atkins, Shao Ning J.
                                                      Chou, Michael Sophie, William Huang, Russell
15                                                    Boltwood, Hong Liang Lu, Larry D. Horner,
                                                      Thomas J. Toy, Francis P. Barton, Allen U.
16                                                    Lenzmeier and Nominal Defendant, UTStarcom, Inc.

17

18

19  Dated: December 12, 2006

20                                          [Seal of United States District Court, Northern District of California, signed by Judge Joseph C. Spero]

NOTICE OF STIPULATION TO EXTEND                      -2-                                3006928_1
DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT
CASE NO. 3-06-CV-07296 (JCS)

# EXHIBIT A

Case 3:06-cv-07296-SC   Document 9   Filed 12/12/06   Page 3 of 4

# ROBBINS UMEDA & FINK, LLP

### ATTORNEYS AT LAW

BRIAN J. ROBBINS*
MARC M. UMEDA
JEFFREY P. FINK
FELIPE J. ARROYO

OF COUNSEL
BENJAMIN ROZWOOD

610 WEST ASH STREET, SUITE 1800
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 525-3990
FACSIMILE (619) 525-3991

STEVEN J. SIMERLEIN
KEVIN A. SEELY8
CAROLINE A. SCHNURER
KELLY M. MCINTYRE
CATHY K. KAZEMI[Δ]
LOUIS A. KERKHOFF
JAMES D. MCWILLIAMS[‡]
SHANE P. SANDERS
SHARLA N. HILBURN
REBECCA A. PETERSON
ASHLEY R. PALMER

*Admitted in CA & CT
8 Admitted in CA, CNMI & Guam
[Δ] Admitted in CA & MA
[‡] Admitted in TN only

December 11, 2006

**VIA ELECTRONIC MAIL**

Terry T. Johnson
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050

Re:  *Espinoza v. Ying Wu et al.*, Case No. 3-06-CV-07296 (JCS) (N.D. Cal.)

Dear Terry:

Pursuant to our discussion earlier, Plaintiff and defendants Ying Wu, Gerald Soloway, Betsy S. Atkins, Shao Ning J. Chou, Michael Sophie, William Huang, Russell Boltwood, Hong Liang Lu, Larry D. Horner, Thomas J. Toy, Francis P. Barton, Allen Lenzmeier and nominal defendant UtStarcom, Inc. agree that they shall respond to the complaint filed in state court on or before February 2, 2007. Plaintiff does not believe that defendant Wu's removal was proper and plaintiff intends to move to remand the case to state court if defendants will not so stipulate. Nothing in this agreement for an extension should be construed as waiving Plaintiff's right to object to jurisdiction in federal court and defendants explicitly agree that this agreement does not subject plaintiff to the jurisdiction of this Court.

Please contact me immediately if this does not comport with your understanding of our agreement.

Very truly yours,

MARC M. UMEDA

MMU/bg