TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS T. FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
BRYAN KETROSER, State Bar No. 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant YING WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ESPINOZA, Derivatively On Behalf of UTSTARCOM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> YING WU, HONG LIANG LU, FRANCIS P. BARTON, WILLIAM HUANG, RUSSELL BOLTWOOD, THOMAS J. TOY, LARRY D. HORNER, JEFF CLARKE, ALLEN U. LENZMEIER, MICHAEL SOPHIE, GERALD S. SOLOWAY, SHAO NING J. CHOU, DAVID A. ROBISON, MASAYOSHI SON, CHAUNCEY SHEY, BETSY S. ATKINS, and DOES 1-25, inclusive, <br><br> Defendants, <br> -and- <br><br> UTSTARCOM, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C06-07296 <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING REMAND OF ACTION TO STATE COURT** |

STIP. AND [PROPOSED] ORDER RE
REMAND OF ACTION TO STATE COURT – No. C06-07296

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiff Ernesto Espinoza originally filed this action November 17, 2006, in the Superior Court of the State of California ("Alameda County Superior Court"), Case No.RG06298775;

WHEREAS, defendant Ying Wu ("Wu") removed this action to this Court on November 27, 2006;

WHEREAS, plaintiff believes the following defendants were served in the above mentioned case prior to defendant Wu's filing of the Notice of Removal on November 27, 2006:

Nominal defendant UTStarcom on 11/21/06;
Individual defendant Russell Boltwood on 11/24/06
Individual defendant Francis P. Barton on 11/25/06;
Individual defendant Hong Liang Lu on 11/26/06;
Individual defendant Gerald Soloway on 11/26/06;
Individual defendant Michael Sophie on 11/26/06;

WHEREAS, defendant Wu and plaintiff now agree remand is appropriate pursuant to 28 U.S.C. §1441(b), which states that any action in which the federal district court does not have jurisdiction based on a federal question is removable "only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought";

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court enter an order as follows:

The action captioned *Espinoza v. Wu et. al.*, Case No. C06-07296 (RS) (N.D. Cal.) shall be remanded to the Superior Court of the State of California for the County of Alameda for further proceedings.

DATED:  December 26, 2006                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

   /s/ Bahram Seyedin-Noor
BAHRAM SEYEDIN-NOOR

Attorneys for Defendant YING WU

1

2  DATED: December 26, 2006                ROBBINS UMEDA & FINK, LLP
                                           BRIAN J. ROBBINS
3                                          MARC M. UMEDA
                                           SHANE P. SANDERS
4

5                                                  /s/ Marc M. Umeda
                                                    MARC M. UMEDA
6
                                           610 West Ash Street, Suite 1800
7                                          San Diego, CA 92101
                                           Telephone: (619) 525-3990
8                                          Facsimile: (619) 525-3990

9                                          Attorneys for Plaintiff

10

11

12

13

14

15

16

17                                       *   *   *

18                                 [PROPOSED] ORDER

19       PURSUANT TO THE STIPULATION between the parties, and good cause appearing

20  therefore: the action captioned *Espinoza v. Wu et. al.*, Case No. C06-07296 (RS) (N.D. Cal.) shall

21  be remanded to the Superior Court of the State of California for the County of Alameda for further

22  proceedings.  IT IS SO ORDERED.

23         1/11/07
24  Dated this ___ day of December, 2006.

25                                         _____
                                           THE HONORABLE SAMUEL CONTI
26                                         UNITED STATES DISTRICT JUDGE

27

28

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

- 2 -

STIP. AND [PROPOSED] ORDER RE
REMAND OF ACTION TO STATE COURT – No. C06-07296

- 3 -

1       I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being
2  used to file this Stipulation and [Proposed] Order Regarding Remand of Action to State Court.  I
3  hereby attest that Marc M. Umeda has concurred in this filing.

4

5  Dated:  December 26, 2006             WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
6

7                                          By:  /s/    Bahram Seyedin-Noor
                                                      Bahram Seyedin-Noor
8
                                    Attorneys for Defendant Ying Wu
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE
REMAND OF ACTION TO STATE COURT – No. C06-07296